## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Sharon Boodoo,                                                                                  Civil No.. 11-1150 (RHK/JJK)

                Plaintiff,                                          **ORDER FOR DISMISSAL**

v.

National Service Bureau, Inc.,

                Defendant.

_____

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 3) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  November 1, 2011

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge